IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| TAMIKA S. RUSHING, | ) Case No. 19-34447 |
| | ) Judge: THORNE |
| Debtor(s). | ) |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
Tamika S. Rushing, 727 E. 100th Place, Chicago, IL 60628
IL Dept. of Employment Security, Benefit Repayments, P.O. Box 19286, Springfield, IL 62794
IL Dept. of Employment Security, Benefit Repayments, 33 S. State St., 10th Floor, Chicago, IL 60603

PLEASE TAKE NOTICE that on March 31, 2021, at 1:30 pm, I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, and present the Motion to Extend Time to File a Claim on Behalf of a Creditor, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID, there is no password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting code, there is no password.

**Meeting ID.** The meeting ID for this hearing is 160 9362 1728. There is no password. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: March 10, 2021                /s/ Christine H. Clar
                                                                           Christine H. Clar, A.R.D.C. #6202332
                                                                           Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| TAMIKA S. RUSHING, ) | Case No. 19-34447 |
| ) | Judge: THORNE |
| Debtor(s). ) | |

## MOTION TO EXTEND TIME
## TO FILE CLAIM ON BEHALF OF CREDITOR

NOW COMES, THE DEBTOR, TAMIKA S. RUSHING, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On December 6, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on March 4, 2020.

3) That Marilyn O. Marshall was appointed Trustee in this case.

4) The Debtor's Chapter 13 plan provides for payments of $175.00 monthly for 39 Months, than an increase to $605.00 monthly for at least one additional month, with an initial plan term of 40 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Debtor tried in good faith to list all of her creditors in the schedules filed with the Chapter 13 petition, but the debt owed to IL Department of Employment Security was inadvertently omitted.

6) The deadlines for filing a proof of claim were February 14, 2020 for all creditors except governmental units, and June 3, 2020 for governmental units; and the time for Debtors to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7) That the Debtor owed to the IL Department of Employment Security is unsecured, non-priority.

8) The Debtor intends that the debt owed to the IL Department of Employment Security be paid through her Chapter 13 plan, and desires to file a claim on behalf of said creditors to provide for that payment.

9) The Debtor further seeks that payment under the claim for said creditor be allowed, despite the expiration of the time for the filing of the proof of claim.

10) Payment of the debt owed to said creditor will not render the Debtor's Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtor.

WHEREFORE, the DEBTOR, prays that this Honorable Court enter an Order to Extend time for Debtor to File Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com