UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-34447 |
| TAMIKA S. RUSHING, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO EXTEND TIME TO FILE CLAIM ON BEHALF OF CREDITOR

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Claim filed on behalf of the IL Department of Employment Security is allowed, and shall be paid pursuant to the provisions of the Chapter 13 plan.

Enter:  *Deborah L. Thorne* (signature)

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 31, 2021

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com