# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 34447 |
| | ) | |
| TAMIKA S. RUSHING, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## NOTICE OF MOTION OF KIA MOTORS FINANCE COMPANY
## TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY

VIA ELECTRONIC NOTICE:
To: Marilyn O. Marshall (Trustee)          David M. Siegel, Esq. (Debtor's Counsel)
    224 South Michigan Avenue, Suite 800   David M. Siegel & Associates
    Chicago, Illinois 60604                790 Chaddick Drive
                                           Wheeling, Illinois 60090

VIA U.S. MAIL:
To: Tamika S. Rushing (Debtor)             Angela Rushing-Davis (Co-Debtor)
    727 East 100th Place                   727 East 100th Place
    Chicago, Illinois 60628                Chicago, Illinois 60628

    PLEASE TAKE NOTICE that on July 28, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in his/her stead, and present the *Motion of Kia Motors Finance Company to Modify Automatic Stay*, a copy of which is attached.

    **This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

                                      Respectfully submitted,

                                      KIA MOTORS FINANCE COMPANY,
                                      Creditor,

                                      By: ___/s/ Cari A. Kauffman___
                                      One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on July 16, 2021, before the hour of 5:00 p.m.

                                      ___/s/ Cari A. Kauffman___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 34447 |
| | ) | |
| TAMIKA S. RUSHING, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**MOTION OF KIA MOTORS FINANCE COMPANY
TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY**

KIA MOTORS FINANCE COMPANY ("Kia"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 (West 2021), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay and co-debtor stay provided therein. In support thereof, Kia states as follows:

1. On December 6, 2019, Tamika S. Rushing ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. On February 21, 2020, Debtor filed an Amended Chapter 13 Plan, which provides for direct post-petition payments from Debtor to Kia on Kia's secured claim, and which was confirmed on March 4, 2020.

2. Kia is a creditor of the Debtor and another individual, Angela Rushing-Davis ("Co-Debtor"), with respect to a certain indebtedness secured by a lien upon a 2017 Kia Forte motor vehicle bearing a Vehicle Identification Number of 3KPFL4A71HE064684 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor and Co-Debtor were required to tender equal monthly payments to Kia, each in the sum of $430.99 with an interest rate of 1.90%. (See Ex. "A").

4. Debtor and Co-Debtor have failed to make required payments to Kia due on and after March 3, 2021, resulting in a current default of $1,918.81; the next payment of $430.99 comes due on August 3, 2021.

5. The current total outstanding balance due to Kia from the Debtor and Co-Debtor for the Vehicle is $11,95.82.

6. Debtor and Co-Debtor have failed to provide Kia or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying Kia as the lienholder/loss payee.

7. As such, Kia seeks relief from the automatic stay and co-debtor stay so that Kia may take possession of and sell the Vehicle and apply the sale proceeds to the balance due from Debtor and Co-Debtor.

8. Debtor has not offered, and Kia is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

9. Kia will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

10. Kia requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Kia Motors Finance Company respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay and co-debtor stay provided by Sections 362 and 1301 of the Bankruptcy Code to permit Kia to take immediate possession of and foreclose its security interest in the 2017 Kia Forte motor vehicle bearing a Vehicle Identification Number of 3KPFL4A71HE064684; and, for such other, further, and different relief as this Court deems just and proper.

        Respectfully submitted,

        KIA MOTORS FINANCE COMPANY,
        Creditor,

        By: ___/s/ Cari A. Kauffman___
        One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)