**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____ Tamika S. Rushing _____ Case No. __19 B 34447__ Chapter __13__

All Cases: Moving Creditor _____ Kia Motors Finance Company _____ Date Case Filed __12/6/19__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☑ Other (describe) _____ Lift Co-Debtor Stay

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __3/4/20__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car Year, Make, and Model _____ 2017 Kia Forte
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date $ _____ 18,042.25
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ _____ 16,250.00

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____ Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __4.5__ Amount $ _1,918.81 w/ next due 8/3_

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____ Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: _____ 7/16/21 _____          _____ /s/ Cari A. Kauffman _____
                                                  Counsel for Movant

(Rev. 12 /21/09)