UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 19-34447 |
| | ) | |
| TAMIKA S. RUSHING | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY AND CO-DEBTOR STAY**

This matter coming before the Court upon the Motion of KIA MOTORS FINANCE COMPANY ("Kia") to Modify Automatic Stay and Co-Debtor Stay, and the parties being in agreement;

IT IS HEREBY ORDERED:

1. The automatic stay and co-debtor stay remain in effect as to Kia, subject to the conditions of this Order;

2. Tamika S. Rushing ("Debtor") agrees that he/she or non-filing co-buyer, Angela Rushing ("Co-Debtor"), will at all times maintain valid full-coverage insurance on the 2017 Kia Forte motor vehicle bearing a Vehicle Identification Number of 3KPFL4A71HE064684 (the "Vehicle") wherein Kia is listed as the lienholder/loss payee and agrees to provide Kia with proof of same upon renewal or any changes in coverage;

3. In the event Debtor fails to tender payment to Kia pursuant to the Chapter 13 Plan and Debtor's and Co-Debtor's Retail Installment Contract with Kia, to the extent that non-payment results in a default in payment obligations to Kia of two (2) or more monthly payments, or otherwise fails to comply with any of the other terms or conditions of this Order, such failure will constitute a default by Debtor of the provisions of this Order;

4. Upon default as described above, Kia will file with the Court and serve upon Debtor, Co-Debtor, and counsel a Notice of Default;

5. If such default is not cured within fourteen (14) days of notice, the automatic stay and co-debtor stay will terminate upon the filing of a Notice of Termination and Kia will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek further leave of Court.

AGREED:

| | |
|---|---|
| /s/ Robert C. Bansfield Jr. | /s/ Cari A. Kauffman |
| On behalf of Debtor, Tamika S. Rushing | On behalf of Kia Motors Finance Company |

Form G5 (20200113_bko)

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: August 31, 2021

**Prepared by:**
David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)